# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Omar Elmi,

       Plaintiff,                                   Civil No. 10-103 (RHK/AJB)

vs.                                         **DISQUALIFICATION AND<br>ORDER FOR REASSIGNMENT**

Sharon Dooley, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 13, 2010

                                                    s/Richard H. Kyle<br>
                                                    RICHARD H. KYLE<br>
                                                    United States District Judge